# Skadden, Arps, Slate, Meagher & Flom LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
―――
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
―――
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
212.735.2187
DIRECT FAX
917.777.2187
EMAIL ADDRESS
Steven.Napolitano@SKADDEN.COM

October 16, 2013

Molly Dwyer
Clerk, United States Court of Appeals for
the Ninth Circuit
The James Browning Courthouse
95 Seventh Street
San Francisco, California 94103

RE:   *Bean v. Houghton Mifflin Harcourt Publishing Co.*,
      Case No. 10-16771 (9th Cir.)

Dear Ms. Dwyer:

Pursuant to Fed. R. App. P. 28(j) and Ninth Circuit Rule 28-6, Defendant-Appellee Houghton Mifflin Harcourt Publishing Company respectfully submits this response to Plaintiff-Appellant's ("Appellant") October 11, 2013, submission of *Delivermed Holdings, LLC v. Schaltenbrand*, No. 12-3773, 12-3774, 2013 WL 5524862 (7th Cir. Oct. 7, 2013), as supplemental authority.

In *Delivermed*, the Seventh Circuit addressed the need for courts to seek an advisory opinion from the Copyright Office prior to invalidating a copyright registration due to an inaccuracy or fraudulent statement in a registration. *Id.* Appellant contends that the Seventh Circuit's decision "should inform this Court's consideration of whether Plaintiff's copyright registrations were valid under 17 U.S.C. § 411(b)." (DktEntry 50-1 at 1.) The validity of the Corbis group copyright registrations, however, are not at issue in this case. The District Court did not invalidate any copyright registrations—under Section 411(b) or any other section of

the Copyright Act. Instead, the District Court held only that the group registrations failed to effect registration for any individual component elements that were not identified in accordance with 17 U.S.C. § 409. Section 411(b) of the Copyright Act is not at issue here, and *Delivermed* is not relevant to this case.

        Sincerely,

        /s/ Steven F. Napolitano

        Steven F. Napolitano

cc:    Counsel for Plaintiff-Appellant (via ECF)